| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Cedarbaum, Miriam G. | 2. Court or Organization<br><br>US District Court -SDNY | 3. Date of Report<br><br>05/08/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>US District Judge - Senior | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>US Court House<br>500 Pearl Street<br>New York, NY 10007 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee Emerita | Barnard College |
| 2. Trustee | Trust UWO ▨ |
| 3. Board Member | ▨ Apartment Corporation |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Davis Polk & Wardwell Pension | $10,468.00 |
| 2. 2012 | Museum of Modern Art Pension Trust-Pension | $1,745.88 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HSBC IRAS | B | Interest | L | T | | | | | |
| 2. TD Bank | A | Interest | L | T | | | | | |
| 3. HSBC DEPOSIT ACCOUNTS | A | Interest | J | T | | | | | |
| 4. (H) First Manhattan Acct | | | | | | | | | |
| 5. Nassau County, NY Bonds-11/15/13 | B | Interest | K | T | | | | | |
| 6. New York St Dorm Auth Revs ST | A | Interest | J | T | | | | | |
| 7. NY NY Mun WTR Fin Auth-6/15/15 | B | Interest | | | Redeemed | 06/15/12 | K | | |
| 8. NY NY Mun WTR Fin Auth-6/15/15 | B | Interest | | | Redeemed | 06/15/12 | K | | |
| 9. New York Trans Fin-Future Tax Secd - 2/1/13 | B | Interest | K | T | | | | | |
| 10. NYS UDC PIT-3/15/15 | B | Interest | K | T | | | | | |
| 11. NY Thruway Fuel TX MBIA-4/1/13 | B | Interest | L | T | | | | | |
| 12. Long Island Pwr, NY-6/1/13 | B | Interest | K | T | | | | | |
| 13. NY Environmental facs 6/15/13 | B | Interest | K | T | | | | | |
| 14. NY Envirnmntl PIT FGIC 12/15/13 | B | Interest | K | T | | | | | |
| 15. NYS Thruway SVC CTRCT-4/1/14 | B | Interest | | | Redeemed | 04/16/12 | K | | |
| 16. NY UDC Per Inc TX FGIC-3/15/12 | A | Interest | | | Redeemed | 03/15/12 | K | | |
| 17. Virgin Island PFA Rum Tax-10/1/18 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NY ST Thruway Svc CT-11/15/11 | B | Interest | K | T | | | | | |
| 19. New York TWY Fuel TX AMBAC-4/1/20 | B | Interest | | | Redeemed | 04/23/12 | K | | |
| 20. NY Dorm Mental Health FGIC-2/15/19 | A | Interest | J | T | | | | | |
| 21. Johnson & Johnson Com | B | Dividend | K | T | | | | | |
| 22. Leucadia National Corp | A | Dividend | K | T | | | | | |
| 23. First Manhattan Cash & Cash Equivalents | | None | J | T | | | | | |
| 24. (H) Brokerage # 1 - Trust UWO ▓▓▓ | | | | | | | | | |
| 25. -Cash & Equivalents:First Manhattan Co. | A | Interest | M | T | | | | | |
| 26. Ascent Cap Group | | None | J | T | | | | | |
| 27. -RHJ International Common | | None | K | T | | | | | |
| 28. -American Express Common | A | Dividend | L | T | | | | | |
| 29. -Berkshire Hathaway Common | | None | L | T | | | | | |
| 30. -Discovery Hldg Corp Common | | None | M | T | | | | | |
| 31. -Johnson & Johnson, Common | B | Dividend | K | T | | | | | |
| 32. -Leucadia National Corp. | A | Dividend | K | T | | | | | |
| 33. -Onex Corp Common | A | Dividend | L | T | | | | | |
| 34. Loews Corp | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Walgreen Corp. | B | Dividend | L | T | | | | | |
| 36. Mosaic Co New Com | A | Dividend | L | T | Buy | 04/16/12 | L | | |
| 37. -Metropolitan Trans Auth | B | Interest | | | Redeemed | 11/15/12 | K | | |
| 38. -City of New York Bonds | B | Interest | | | Redeemed | 03/15/12 | K | | |
| 39. ConocoPhillips Com. | C | Dividend | L | T | Buy | 05/09/12 | L | | |
| 40. Allison Transmission Inc.,7.125%, 5/15/15 | B | Interest | L | T | Buy | 07/13/12 | L | | |
| 41. -Port of Authority of NY & NJ-01/15/39 | B | Interest | L | T | | | | | |
| 42. -NY ST Housing Auth-9/15/28 | C | Interest | L | T | | | | | |
| 43. Stancorp Finl Group Inc.-6.9%, 6/1/67 | C | Interest | K | T | | | | | |
| 44. Stancorp Finl Group Inc.-6.9%, 6/1/67 | C | Interest | L | T | | | | | |
| 45. Brookfield Infrastructure | | None | L | T | | | | | |
| 46. -Puerto Rico Commonwealth | A | Interest | J | T | | | | | |
| 47. -William Floyd UN-6/15/20 | B | Interest | | | Redeemed | 06/15/12 | L | | |
| 48. (H) First Manhattan Co. Rollover IRA | | | | | | | | | |
| 49. -Cash & Equivalents: First Manhattan Bank | A | Interest | L | T | | | | | |
| 50. -RHJ International Common | | None | K | T | | | | | |
| 51. -American Express Common | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Berkshire Hathaway Common | | None | L | T | | | | | |
| 53. -Discovery Hldg Common | | None | M | T | | | | | |
| 54. -Johnson & Johnson Com | C | Dividend | L | T | | | | | |
| 55. -Leucadia National Corp | A | Dividend | L | T | | | | | |
| 56. -Onex Corp Common | A | Dividend | L | T | | | | | |
| 57. Leucadia Natl corp 3/15/2017 | B | Interest | | | Redeemed | 03/15/12 | L | D | |
| 58. Leucadia Natl Corp 9/15/2015 | C | Interest | L | T | Buy | 03/16/12 | L | | |
| 59. Ascent Media Corp Ser A | | None | J | T | | | | | |
| 60. Loews Corp. | A | Dividend | L | T | | | | | |
| 61. Walgreen Corp | B | Dividend | L | T | | | | | |
| 62. Bank of America | | None | J | T | | | | | |
| 63. Stancorp Finl Group Inc. | C | Interest | L | T | | | | | |
| 64. Brookfield Asset Mgmt Inc | B | Interest | K | T | | | | | |
| 65. Stancorp Finl Group | C | Interest | K | T | | | | | |
| 66. Brookfield Infrasture | C | Dividend | L | T | | | | | |
| 67. Vornado Rlty L P NT | B | Interest | L | T | Buy | 04/16/12 | L | | |
| 68. ConocoPhillips Com | B | Dividend | L | T | Buy | 05/09/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/08/2013 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Miriam G. Cedarbaum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544